# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 19-04018-01-CR-C-BCW |
| Plaintiff, | **COUNTS 1 and 2**<br>21 U.S.C. § 841(a)(1)<br>NLT 10 Years and NMT Life Imprisonment<br>NMT $10,000,000 Fine<br>NLT 5 Years Supervised Release<br>Class A Felony |
| v. | |
| **ROBERT LUCIOUS TONEY**,<br>[DOB: 06/04/1952] | |
| Defendant. | **COUNT 3**<br>18 U.S.C. § 1952(a)(3)<br>NMT 5 Years Imprisonment<br>NMT $ 250,000 Fine<br>NMT 3 Years Supervised Release<br>Class D Felony |
| | $100 Special Assessment for each count |

## I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

### COUNT 1
(Distribution of Methamphetamine)
21 U.S.C. § 841(a)(1) and (b)(1)(A)

On or about December 14, 2018, within Boone County, in the Western District of Missouri, the defendant, **ROBERT LUCIOUS TONEY**, knowingly and intentionally distributed 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

### COUNT 2
(Possession with Intent to Distribute Methamphetamine)
21 U.S.C. § 841(a)(1) and (b)(1)(A)

On or about January 18, 2019, within Callaway County, in the Western District of Missouri, the defendant, **ROBERT LUCIOUS TONEY**, knowingly and intentionally possessed

with the intent to distribute 50 grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 3
(Interstate travel in Aid of Racketeering Enterprise)
<u>18 U.S.C. § 1952(a)(3)</u>

On or about December 14, 2018, in the Western District of Missouri and elsewhere, the defendant, **ROBERT LUCIOUS TONEY**, traveled in interstate commerce from the State of Kansas to the State of Missouri, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, that is, a business enterprise involving narcotics and controlled substances in violation of 21 U.S.C. § 841(a)(1), and thereafter performed and attempted to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity.

**A TRUE BILL.**

*/S/ Samie Hill*
**FOREPERSON OF THE GRAND JURY**

*/S/ Aaron M. Jolly*
**Aaron M. Jolly**
Special Assistant United States Attorney
Missouri Bar No. 70155

Dated: 02/13/2019