IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

**CHANGE OF PLEA**

| | |
|---|---|
| United States of America | Case Number: 2:19-cr-04018-BCW-1 |
| vs | Court Recorder/CRD: Angel L. Geiser |
| **Robert Lucious Toney** | Date: 1/8/2020 |

Honorable Willie J. Epps, Jr. presiding at Jefferson City, Missouri

Time: 10:10 a.m.-10:26 a.m.

**APPEARANCES**   Government: Aaron Jolly
Defendant: Steven Berry
USPO: Jennifer Simons

Defendant appears to enter a plea of guilty to Counts 1, 2, and 3 of Indictment.

- Defendant signed consent to plea before a magistrate.
- Court reads the charge and range of punishment.
- Court questioned defendant regarding his age, education, physical and mental condition.
- Court questioned defendant regarding the plea agreement and advises defendant of rights waived by pleading guilty.
- No Plea Agreement filed.
- Court finds defendant's plea is free and voluntary; factual basis presented by the government.
- Court orders a Pre-sentence Investigation Report.
- Court will enter a report and recommendation recommending acceptance of the plea by the district judge.
- Defendant remanded to the custody of the U.S. Marshal's Office.